MEMBERS

**ALAN GERSHEL**
*CHAIRPERSON*

**PETER A. SMIT**
*VICE-CHAIRPERSON*

**REV. DR. LOUIS J. PRUES**
*SECRETARY*

**LINDA M. ORLANS**

**JASON M. TURKISH**

**ANDREAS SIDIROPOULOS, MD**

**KATIE STANLEY**

**TISH VINCENT**

**KAMILIA K. LANDRUM**

# STATE OF MICHIGAN
# ATTORNEY DISCIPLINE BOARD



**333 WEST FORT STREET, SUITE 1700**
**DETROIT, MICHIGAN 48226-3147**
**PHONE: 313-963-5553**

**WENDY A. NEELEY**
*EXECUTIVE DIRECTOR*
—
**JOHN K. BURGESS**
*DEPUTY DIRECTOR*
—
**KAREN M. DALEY**
*ASSOCIATE COUNSEL*
—
**SHERRY MIFSUD**
*OFFICE ADMINISTRATOR*
—
**OWEN R. MONTGOMERY**
*CASE MANAGER*
—
**JODIE GROH**
*CASE MANAGER*
—
**JULIE M. LOISELLE**
*RECEPTIONIST/SECRETARY*
—

**www.adbmich.org**

## NOTICE OF AUTOMATIC INTERIM SUSPENSION

Case No.  26-25-AI

**Notice Issued:  March 4, 2026**

Levi T. Smith, P 80484, Jackson, Michigan

Effective December 4, 2025

On December 4, 2025, respondent was convicted by guilty plea of attempted home invasion, a felony under MCL 750.110a(2)(a); and possession of a firearm while committing a felony, a felony under MCL 750.227b, in *People v Levi Trahern Smith*, Oakland County Circuit Court/Sixth Judicial Circuit Court Case 2024-290455-FH.  Upon respondent's conviction and in accordance with MCR 9.120(B)(1), respondent's license to practice law in Michigan was automatically suspended.

Upon the filing of a judgment of conviction, this matter will be assigned to a hearing panel for further proceedings.  The interim suspension will remain in effect until the effective date of an order filed by a hearing panel under MCR 9.115(J).